**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**
**Washington, D.C.**

**UNITED STATES**

v.

**Jesus J. LOYA,**
**Yeoman Third Class (E-4), U.S. Coast Guard**

**CGCMS 24325**

**Docket No. 1248**

**6 February 2006**

Special Court-Martial convened by Commander, Coast Guard Activities New York.  Tried at Coast Guard Activities New York, New York, on 7 April 2005.

| | |
|---|---|
| Military Judge: | CAPT Brian Judge, USCG |
| Trial Counsel: | LT Christopher F. Coutu, USCG |
| Defense Counsel: | LTJG Sarah E. Harris, JAGC, USNR |
| Appellate Defense Counsel: | LCDR Nancy J. Truax, USCG |
| Appellate Government Counsel: | LCDR John S. Luce Jr., USCG |

**BEFORE**
**PANEL THREE**
**BAUM, KANTOR, & MCCLELLAND**
Appellate Military Judges

Per Curiam:

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of the following offenses:  one specification of wrongfully using cocaine, a Schedule II controlled substance, and one specification of wrongfully using marijuana, a Schedule I controlled substance, in violation of Article 112a, Uniform Code of Military Justice (UCMJ); and one specification of wrongfully possessing a military identification card that he knew to be false, in violation of Article 134, UCMJ.  The military judge sentenced Appellant to a bad-conduct discharge, confinement for thirty days, forfeiture of $500 pay per month for one month, and reduction to E-3.  The sentence was unaffected by the pretrial agreement, and the Convening Authority approved it as adjudged.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Jane R. Lim
Clerk of the Court